UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-14024-CR-LEIBOWITZ/MAYNARD

UNITED STATES OF AMERICA,

v.

LUIS ESCOTO,

      **Defendant.**
_____/

## GOVERNMENT'S NOTICE OF FILING VICTIM IMPACT STATEMENTS

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice of filing the attached victim impact statements (redacted).

Exhibit 1 is a letter from the Minor Victim;

Exhibit 2 is a letter from the Minor Victim's Father; and

Exhibit 3 is a letter from Minor Victim's Mother.

WHEREFORE, the Government respectfully requests the Court consider the three attached exhibits when fashioning the sentence for the Defendant, LUIS ESCOTO.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By: */s/ Carmen M. Lineberger*
    Carmen M. Lineberger
    Court ID 5501180
    Managing Assistant United States Attorney
    Carmen.Lineberger@usdoj.gov
    United States Attorney's Office
    101 South US Highway 1, Suite 3100
    Fort Pierce, Florida 34950
    Telephone: 772-466-0899
    Facsimile: 772-466-1020
    Attorney for United States of America

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

/s/ *Carmen M. Lineberger*
Carmen M. Lineberger A5501180
Managing Assistant United States Attorney

## SERVICE LIST
United States v. Luis Escoto
Case No. 23-CR-14024-DSL
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Carmen M. Lineberger<br>Managing Assistant United States Attorney<br>United States Attorney's Office<br>101 South US Highway 1, Suite 3100<br>Fort Pierce, Florida 34950<br>E-mail: Carmen M. Lineberger@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Luis Escoto | Kafahni Nkrumah<br>Assistant Federal Public Defender<br>Special Bar ID #A5502967<br>109 North Second Street<br>Fort Pierce, Florida 34950<br>Tel: 772-489-2123<br>E-Mail: Kafahni_Nkrumah@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |