My name is ⎯⎯⎯⎯⎯⎯⎯⎯, and I am the victim in this case. On numerous occasions, Luis Escoto sexually assaulted me. I am here today to share the impact Luis' horrific actions has had on my life.

Since the assault, I have struggled with intense feelings of fear, shame, and anxiety. I find it difficult to trust others and I constantly feel on edge. Luis groomed me and took advantage of me. Because of what he has done, I find it hard to date or connect with others.. I have been depressed and suicidal. I was baker-acted twice within 30 days and have worked with 2 therapists at the same time. I have felt guilt and embarrassment.

Because of Luis, the 2nd part of my senior year was ruined! I did school work from home and barely passed my classes. I missed my senior prom and was afraid to show my face on campus.. I was so paralyzed by what happened, I could not even attend my High School graduation. To this day, I find it challenging to maintain relationships and have lost several friends. I immediately withdrew from family and friends and became very isolated.

There have been several times when I blamed myself. I told myself that I was stupid and should have said no. I am now on the journey towards healing and I recognize that it is NEVER okay for a grown adult man to take advantage of an innocent minor. Luis tried to become my friend so that he could take his sick and twisted sexual desires out on me. What he did and the way in which he did it is disgusting and unspeakable.

Your Honor, the impact of his repeated assaults on my life have been devastating. They have hurt my family, my growth, and my mental health. It shattered my innocence and my self worth. I ask for justice and accountability for Mr. Escoto's actions. No one else should have to endure what I experienced.

Thank you for allowing me to share my story and for considering the profound impact this crime has had on my life.

EXHIBIT 1