**The Impact**

*Court Case: State v. Luis Escoto*

My name is _____, and I the mother of _____. I am here today to address the horrific actions taken by Luis Escoto. Mr. Escoto, you chose sexually assault my child on more than one occasion during the last months of 2022 as well as the beginning months of 2023. These disgusting acts perpetrated by you not only impacted my precious daughter, but have affected myself, my husband and so many others within our family circle.

Let me back up to 2003. It was the happiest day of my life. I was marrying the man of my dreams and we were so excited to build our future together. We had big plans to have kids and we were anxious to start our life together as husband and wife. Fast forward a bit to when I wasn't getting pregnant, and doctors were trying to figure out what was going on. Options were laid out on the table. Should we keep trying? Should we try invitro? Should we adopt? My husband and I made the decision to adopt so we decided to take one last vacation before starting the adoption process. We flew to the Philippines to vacation with my in-laws. We were meeting up with old friends who happen to run a children's home for kids without parents. That is when I met and fell in love with my babies. My 3 precious babies! 2 girls and a boy, ages 7, 9, and 11 and biologically related. Their parents passed away 7 years prior, and they were just waiting for the right family that would be willing to take all 3 of them. We were it! It was a perfect match! I knew God wanted my husband and I to take these 3 kiddos. He was gifting us with this amazing blessing. We were being chosen to care for these precious jewels. We were being called to love them, protect them, and provide for them. What a gift we were receiving

Almost 3 years and over $100,000.00 later, we were able to bring our babies home to the U.S. We were so happy! The five of us packed up everything in California and moved to Florida. It was such a wonderful time in our lives. Moving to Florida was a blessing in disguise because all 3 of our children are XXXXX and our oldest was in need of critical medical assistance. One of the BEST infectious disease doctors was located just 15 minutes from our home. That doctor saved our oldest daughter's life. We were so thankful and grateful! After all, we took our parental role very seriously. We were to love, care, protect, nourish, and provide for them.

As our kids were growing up, we put proper boundaries and restrictions in place to keep them safe and protected. A good amount of our energy was spent on keeping them from harmful things in this world. It was tough and it was exhausting, but we knew how bad the outside world could be. My poor babies went 10 years without having parents to protect them and I was going to do everything in my power to make sure they were safe! It was my right and my job to keep my child protected.

You Luis Escoto… You took that from me! You invaded my family with your vile and grotesque actions. You preyed on my youngest child and took full advantage of her naivety! _____ who at the time looked maybe 12 years old, was innocent and unaware of the things you were about to do to her. You spewed lies and told her you could "teach" her so much. You were calculated and perverted. You stole her innocence and robbed her of having a true and meaningful sexual experience her first time.

Your pathetic actions have caused our family intense emotional distress. This affected my marriage in ways you will never understand. My husband was wrecked by your vulgar choices. Watching him broken and feeling like a failure of a dad not being able to keep his baby safe has been disastrous. My husband, who I love with every ounce of me, is one of the best humans I

EXHIBIT 3

have ever met. He lives for his family. He found joy in being the family protector. You robbed him of that joy!

We relive this nightmare repeatedly. We have spent countless hours in therapy. We have spent precious time trying to keep ____ from harming herself and trying to help ____ know her self-worth. We had to hide the knives in the home and remove scissors. We had to lock all the pills up in fear ____ would continue to want to harm herself. ____ had to sleep outside of our bedroom door as she no longer felt safe. This heinous act has replayed, in vivid detail, repeatedly in my head. I cannot believe what you did to my child. MY child! MY baby!

You tried to destroy ____. You tried to break her. Unfortunately for you, she is strong and resilient. She has parents who will NEVER stop fighting for her! She has a mom and dad who will ALWAYS love her, who will continue to try and keep her safe and who will NEVER give up on her. She has a circle of family and friends who adore her and who are rooting for her. She has an army of people who value her and see what an incredible young lady she is. She is a fighter! She is a rockstar, a badass, and she will not let you continue to destroy her!

It is my fervent hope that you Luis Escoto, are held accountable for your actions to the fullest extent of the law. I ask for a sentence that reflects the seriousness of your repeated assault. Justice, for my family, means knowing that the legal system acknowledges the pain and suffering you have caused and that they take steps to prevent future harm.

Luis…as you spend years in prison serving time for your horrific actions, there are some things you should remember. First, your choices have not only caused tremendous damage to my family, but to your own family. Imagine the grief inflicted on your own mother. Second, as you will be a prisoner of the state of Florida, ____ is free! She is free from the chains you tried to shackle her with. She is free to live her best life. She is free to be whatever she wants to be. You could not rob her of that. Finally, you have years to make things right. Make them right with your family, with yourself, and ultimately with God. I pray you get to know Jesus and ask him to forgive you. You will have a chance to make a better life for yourself once you serve your time. And as you spend time serving your sentence, I will also ask God to help me forgive you.

Although the assault by has irrevocably changed our lives, I am committed to making sure my family is on a healthy journey of healing and recovery. I know the scars from this traumatic experience will always be a part of us, but my family will overcome this pain and damage in time. I will do my part to make sure my child continues to grow from this. I will continue to love ____ to care for her, to provide for her, and to protect her. I ask the court to do their part and consider my statement seriously. I ask that you make decisions that prioritize others safety and well-being.

Thank you for allowing me the opportunity to speak today.


*July 8, 2024*

EXHIBIT 3